UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joe Hannan, | : |
| Plaintiff, | : Civil Action No.: 2:09-cv-01019-GLL |
| v. | : |
| Encore Receivable Management, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Encore Receivable Management, Inc. with prejudice and without costs to any party.

| Joe Hannan | Encore Receivable Management, Inc. |
|---|---|
| /s/ Jody Burton | /s/ Holly DiCesare |
| Jody Burton, Esq. (Juris No. 425027) | Holly DiCesare, Esq. |
| LEMBERG & ASSOCIATES | Bernstein Law Group |
| 1100 Summer Street, 3rd Floor | Suite 2200 Gulf Tower |
| Stamford, CT 06905 | 707 Grant St |
| (203) 653-2250 | Pittsburg, PA 15319 |
| Attorney for Plaintiff | (412) 456-8167 |
| | Attorney for Defendant |

SO ORDERED

DATED: 12-3-09